O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERRARI FINANCIAL SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALEXANDER EVEREST, et al., <br><br> Defendants. | NO. CV 24-10699 CAS (KSx) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff Ferrari Financial Services, Inc.'s Notice and Motion for Writ of Possession and Transfer Order ("Motion") [Dkt. No. 21], the parties briefing on the Motion, all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing objections has passed and no objections have been filed with the Court. Having completed its review, the Court accepts the findings and recommendations set forth in the Report, subject to substituting the word "begin" for the word "began" on page 2, line 19 of the Report.

Accordingly, the Court Orders as follows:

(1) Plaintiff's Motion is **GRANTED**;

(2) Defendant Everest is directed to transfer possession of the following Vehicles to Plaintiff: (a) 2017 Ferrari F12 TDF, VIN #ZFF81BFA1H0224693; (b) 2015 Ferrari Speciale Aperta, VIN #ZFF78VHA9F0212519;

(3) in the event Defendant fails to timely deliver the subject Vehicles to Plaintiff, the United States Marshal is directed to take physical possession from the Defendant, his agent, or whomever is in physical possession of the Vehicles and immediately deliver the Vehicles to Plaintiff; and

(4) if Plaintiff recovers judgment on this action, Defendant Everest shall pay all costs awarded to Plaintiff and all damages that Plaintiff may sustain by reason of the loss of possession of the property.

DATED: July 2, 2025

*Christina A. Snyder*
CHRISTINA A. SNYDER
SENIOR UNITED STATES DISTRICT JUDGE